IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STANLEY E. MARTIN, JR.,
ERIC JAMES HENDRICKSON and
DIANNE HENDRICKSON,

           Plaintiffs,                        ORDER

    v.                                         14-cv-418-wmc

HON. SCOTT WALKER, *et al.*,

            Defendants.

---

The court has received a proposed *qui tam* action that was purportedly filed by plaintiffs Stanley E. Martin, Jr., Eric James Hendrickson and Dianne Hendrickson. The pleadings are deficient for two reasons.

First, only Stanley Martin has signed the proposed complaint. Rule 11 of the Federal Rules of Civil Procedure requires every pleading to be personally signed by a party "if that party is unrepresented by an attorney." This means that any document that purports to state the position of multiple plaintiffs must be signed by each of those plaintiffs. Unless the omission is promptly corrected, the court "must" strike an unsigned submission. FED. R. CIV. P. 11(a). To proceed with their claims, Eric James Hendrickson and Dianne Hendrickson must submit a signed copy of the complaint no later than July 9, 2014.

Second, plaintiffs have not paid the $400 filing fee. For this case to proceed, plaintiffs must pay the $400 filing fee or submit a properly supported motion for leave to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a). The court notes that

1

both Martin and Hendrickson are in state custody at the Sand Ridge Secure Treatment Center. In the event that plaintiffs seek leave to proceed *in forma pauperis*, both Martin and Hendrickson must provide a certified copy of their resident account statement for the six months preceding the complaint. *See Longbehn v. United States*, 169 F.3d 1082, 1083-84 (7th Cir. 1999) (approving the district court's incremental fee-collection formula in cases not governed by the Prison Litigation Reform Act). To determine if Dianne Hendrickson qualifies as indigent, she must also submit a financial affidavit. Plaintiffs must either pay the filing fee in full or each plaintiff must submit properly supported motions for leave to proceed *in forma pauperis* no later than July 9, 2014.

ORDER

IT IS ORDERED that:

1. To proceed with their claims, plaintiffs Eric James Hendrickson and Dianne Hendrickson must submit a signed copy of the complaint in compliance with Fed. R. Civ. P. 11 no later than July 9, 2014. **Plaintiffs are advised that, if they fail to comply as directed or show cause for their failure to do so, the court will assume that they do not wish to proceed and they will be dismissed as parties from this lawsuit without further notice pursuant to Fed. R. Civ. P. 41(a).**

2. Plaintiffs must either pay the filing fee in full or each plaintiff must submit properly supported motions for leave to proceed *in forma pauperis* in

compliance with 28 U.S.C. § 1915(a) no later than July 9, 2014. **Plaintiffs are advised that, if they fail to comply as directed or show cause for their failure to do so, the court will assume that they do not wish to proceed and this case will be dismissed without further notice pursuant to Fed. R. Civ. P. 41(a)**.

Entered this 13th day of June, 2014.

        BY THE COURT:

        /s/

        _____
        WILLIAM M. CONLEY
        District Judge