IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STANLEY E. MARTIN, JR.,
ERIC JAMES HENDRICKSON and
DIANNE HENDRICKSON,             JUDGMENT IN A CIVIL CASE

    Plaintiffs,                                  Case No. 14-cv-418-wmc

    v.

GOVERNOR SCOTT WALKER, *et al.*,

    Defendants.

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing with prejudice this civil action as legally frivolous.

/s/                                                         July 21, 2014

Peter Oppeneer, Clerk of Court                 Date