IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STANLEY E. MARTIN, JR.,
ERIC JAMES HENDRICKSON and
DIANNE HENDRICKSON,

              Plaintiffs,                              ORDER

     v.

HON. SCOTT WALKER, *et al.*,

              Defendants.

---

On July 21, 2014, the court dismissed the proposed civil action filed by plaintiffs Stanley E. Martin, Jr., Eric James Hendrickson and Dianne Hendrickson as legally frivolous. Thereafter, plaintiffs filed a motion for reconsideration or relief from the final judgment pursuant to Fed. R. Civ. P. 60(b)(6), which the court denied on August 4, 2014. Plaintiffs have now filed another motion for reconsideration in which they appear to invoke Fed. R. Civ. P. 59(e). To prevail on a motion under Rule 59(e), the moving party must identify an error of law that merits reconsideration of the judgment. *See Obriecht v. Raemisch*, 517 F.3d 489, 494 (7th Cir. 2008); *Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 511-12 (7th Cir. 2007). Plaintiffs do not demonstrate that the dismissal order was entered in error or that they are entitled to relief from the judgment. Accordingly, the motion will be denied.

ORDER

IT IS ORDERED that plaintiffs' motion for reconsideration (dkt. # 9) is DENIED.

Entered this 10th day of September, 2014.

                                                    BY THE COURT:

                                                    /s/

                                                    WILLIAM M. CONLEY
                                                    District Judge